UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

RODOLFO HIRALDO PEREZ,

    Plaintiff,

v.

JOSEPH PIAZZA, WARDEN,
LT. JOHN DOMANGAUER and
OFFICER WILLIAM WILK,

    Defendants.

CIVIL ACTION NO. 3:12-CV-227

(Judge Kosik)

FILED
SCRANTON
SEP 3 0 2013
PER /s/
DEPUTY CLERK

## ORDER

AND NOW, THIS 30th DAY OF SEPTEMBER, 2013, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Thomas M. Blewitt dated May 16, 2013 (Doc. 53) is **ADOPTED**;

(2) The Plaintiff's Motion to Amend his Complaint (Doc. 51) is **DENIED**;

(3) The Defendants' Motion for Summary Judgment (Doc. 38) is **GRANTED**;

(4) Judgment is hereby **ENTERED** in favor of Defendants Wilk and Domangauer, and against Plaintiff; and

(5) The Clerk of Court is directed to **CLOSE** this case and to forward a copy of this Memorandum and Order to the Magistrate Judge.

/s/ Edwin M. Kosik
Edwin M. Kosik
United States District Judge